UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOHNISHA CLINKSCALE                    CIVIL ACTION NO. 15-cv-0110

VERSUS                                 JUDGE HICKS

NATIONAL FACILITY SERVICES, LLC.       MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

Plaintiff's **Motion to Compel (Doc. 28)** is **denied**. Local Rule 37.1 requires counsel to communicate in person or by telephone in an attempt to resolve discovery disputes without court intervention. Communications by email do not comply. And leaving a message for opposing counsel at 2:00 p.m. on the day the motion is filed does not constitute a good-faith effort to resolve the dispute.

The motion also fails to comply with Rule 7.4. No supporting memorandum or brief was filed with the motion.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 13th day of May, 2016.

Mark L. Hornsby
U.S. Magistrate Judge